IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-21-05232-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 9711474 |
| vs. | Location Code: M13 |
| SANDEEP S. PARMAR, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9711474 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9711474.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 9, 2021, is **VACATED**.

DATED this 7th day of December, 2021.

_____
John Johnston
United States Magistrate Judge